UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Brenda B.,                                                  Case No. 20-cv-1130 (PJS/DTS)

       Plaintiff,

v.                                                       **ORDER**

Kilolo Kijakazi,
*Acting Commissioner of Social Security*,

       Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated August 3, 2021. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED**:

1. Claimant's Motion for Summary Judgment [Dkt. No. 27] is DENIED.

2. The Commissioner's Motion for Summary Judgment [Dkt. No. 29] is GRANTED.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 8/18/21                                           s/Patrick J. Schiltz_____
                                                                               Patrick J. Schiltz
                                                                                United States District Judge